In the Matter of the Mechanic's Lien Filed by Keshin, Blitstein & Company, Respondent, against Beckerman Construction Company, as Owner of Premises Situate on the Southerly Side of Willoughby Avenue, etc. Louis Levin, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, on the ground that Levin is to be considered the assignee of the Beckerman Construction Company, and is entitled to a refund of the deposit, as the lien had expired by limitation of law.   Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Sedley E. Lee, Appellant, v. The Brooklyn Union Publishing Company, Respondent.— Judgment and order affirmed, with costs.   No opinion. Jenks, P. J., Thomas and Woodward, JJ., concurred; Carr and Rich, JJ., dissented.

Michael McPartland, Respondent, v. George H. Reeves, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the sole question for the jury upon the issue of defendant's negligence is whether the injury was caused by the negligence of the defendant in the maintenance of the floor.   Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Hirschberg, J., dissented.

The People of the State of New York ex rel. William Morf, Relator, v. James C. Cropsey, as Police Commissioner of the City of New York, Respondent.— Determination reversed on the ground that it is against the weight of the evidence, and relator reinstated, with fifty dollars costs and disbursements.   Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John Rosstad, Appellant, v. The Von Hoveling American Composition Company, Respondent.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

George E. Shea, Appellant, v. E. E. Paul Construction Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.   Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Henry W. Specht, as Administrator, etc., of Magdalena Specht, Deceased, Respondent, v. Waterbury Company, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Jenks, P. J., Hirschberg, Burr and Carr, JJ., concurred; Thomas, J., dissented.